On rehearing plaintiff, for some unknown reason, contends that this court lacked jurisdiction to entertain this appeal. Needless to say, we disagree.
Plaintiff contends that this court is "confused" as to its jurisdiction. We would point out, however, that this case wastransferred to this court by the supreme court, and we know of no power this court has to refuse the supreme court's order of transfer. In other words, we now exercise jurisdiction because the supreme court transferred it to us. Branch v. Greene CountyBoard of Education, 532 So.2d 661 (Ala.Civ.App. 1988). The plaintiff is aware of the transfer. In view of the above, it would appear that it is the plaintiff that is "confused."
We note that any quarrel the plaintiff may have concerning jurisdiction of this case would be with the supreme court and not with this court. We do note, as a matter of interest only, however, that we agree with the supreme court that this case should have properly been before this court.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
BRADLEY, P.J., and INGRAM, J., concur. *Page 957